**Order entered February 6, 2020**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01214-CV

**LORIANNE JENAE WOLF, Appellant**

**V.**

**JOHN ROBERT NYGARD, Appellee**

**On Appeal from the 439th Judicial District Court**
**Rockwall County, Texas**
**Trial Court Cause No. 1-16-0756**

## ORDER

Before the Court is appellant's February 4, 2020 unopposed motion requesting an abatement or an extension to file her brief on the merits. We **GRANT** the motion to the extent that appellant shall file her brief by **MARCH 12, 2020**.


/s/     KEN MOLBERG
            JUSTICE